**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiffs*,
Lucy C. Churchill and Henry D. Churchill

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCY C. CHURCHILL AND HENRY D. CHURCHILL,**<br><br>Plaintiffs,<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A.,**<br><br>Defendant. | **Case No.:** 2:23-cv-00894-JAM-CSK<br><br>*HON. JOHN A. MENDEZ*<br>*HON. MAG. KENDALL J. NEWMAN*<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II); ORDER** |

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

Plaintiffs **LUCY C. CHURCHILL and HENRY D. CHURCHILL,** and Defendant **JPMORGAN CHASE BANK, N.A.,** hereby stipulate under FRCP 41(a)(1)(A)(ii) that all claims and causes of action be dismissed with prejudice as to all parties named herein, with each party bearing that party's own attorneys' fees and costs.

|  | THE CARDOZA LAW CORPORATION |
|---|---|
| DATED: November 11, 2024 | BY: /s/ Lauren B. Veggian<br>Lauren B. Veggian, Esq.<br>Michael F. Cardoza, Esq.<br>Attorneys for Lucy C. Churchill and Henry D. Churchill |
|  | GREENBERG TRAURIG, LLP |
| DATED: November 11, 2024 | BY: /s/ Kamran Khakbaz<br>Kamran Khakbaz, Esq.<br>Attorney for Defendant,<br>JPMorgan Chase Bank, N.A. |

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on November 11, 2024, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) with the Clerk of the Court for the United States District Court of California for the Eastern District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

THE CARDOZA LAW CORPORATION

DATED: November 11, 2024

BY: /s/ Lauren B. Veggian
Lauren B. Veggian, Esq.
Michael F. Cardoza, Esq.
Attorneys for Plaintiffs
Lucy Casanova Churchill and
Henry D. Churchill

**ATTESTATION AND CERTIFICATE OF SERVICE**

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCY C. CHURCHILL AND HENRY D. CHURCHILL,**<br><br>Plaintiffs,<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A.,**<br><br>Defendant. | **Case No.:** 2:23-cv-00894-JAM-CSK<br><br>*HON. JOHN A. MENDEZ*<br>*HON. MAG. KENDALL J. NEWMAN*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

# ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is **DIRECTED** to **CLOSE** the file.

Dated: November 12, 2024   /s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE